UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT SINGH,<br><br>        Plaintiff,<br><br>    v.<br><br>TESLA, INC., et al.,<br><br>        Defendants. | Case No. 23-cv-02017-VC<br><br>**ORDER GRANTING UNOPPOSED MOTION TO REMAND**<br><br>Re: Dkt. No. 11 |

The June 22, 2023 hearing on the motion to remand is hereby vacated. The unopposed motion to remand is granted. The case is remanded to Alameda County Superior Court.

**IT IS SO ORDERED.**

Dated: June 16, 2023

VINCE CHHABRIA
United States District Judge